IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO.: 4:17-cr-108 |
| ) | |
| vs. ) | **ORDER FOR** |
| ) | **DISMISSAL WITHOUT** |
| ) | **PREJUDICE** |
| **TIMOTHY JOEL WILSON** ) | |

The motion of the United States to dismiss the Indictment against **TIMOTHY JOEL WILSON**, for the reasons set forth in the Government's Motion, is granted and it is hereby ordered and decreed that the Indictment against this Defendant, **TIMOTHY JOEL WILSON**, be dismissed without prejudice.

s/ Bruce H. Hendricks
BRUCE H. HENDRICKS
UNITED STATES DISTRICT JUDGE

Greenville, South Carolina

March 14            ,2017